PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTIE HERNANDEZ, *et al.*, | ) | |
| | ) | CASE NO. 4:18CV2203 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| TELELINK, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **DEFAULT JUDGMENT** |

For the reasons set forth in the Order filed contemporaneously with this Default Judgment, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is hereby rendered in favor of Plaintiff Phillip Kuta and against Defendant Telestars, LLC as to liability only. The Court will determine damages, attorneys' fees and costs, and injunctive relief against Telestars, LLC at the evidentiary hearing set for November 20, 2019 at 10:00 a.m.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Default Judgment constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.


 June 6, 2019  /s/ *Benita Y. Pearson*
Date   Benita Y. Pearson
    United States District Judge

(4:18CV2203)

CERTIFICATE OF SERVICE

A copy of the foregoing Default Judgment was filed electronically this 6th day of June, 2019. Notice of this filing will be sent to Jessica R. Doogan, Esq. and Robert E. DeRose, II, Esq. by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this Default Judgment has also been sent by regular mail this day of June, 2019 to Telestars, LLC, c/o Corporation Service Company, 2595 Interstate Drive, Suite 103, Harrisburg, PA 17110.


    June 6, 2019                                    */s/ Benita Y. Pearson*  
Date                                                Benita Y. Pearson  
                                                         United States District Judge