PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTIE HERNANDEZ, *et al.*, | ) | CASE NO. 4:18CV2203 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| TELELINK, LLC, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

On October 11, 2019, the Court ordered Plaintiffs and Defendant Telestars to submit a Proposed abbreviated Schedule for Conditional Certification and Court Supervised Notice to Potential opt-in Plaintiffs on or before October 18, 2019. ECF No. 89. In its Order, the Court stated that the purpose of this submission was to "reconcil[e] Telestars' absence from this action during the 60-day notice period with the need to allow Putative Plaintiffs who are or were employees of Defendant Telestars to opt into this action in accordance with conditional certification[.]" ECF No. 89 at PageID #: 866. On October 18, 2019, Plaintiffs and Defendant Telestars submitted separate schedules. ECF Nos. 91-1, 91-2. Plaintiff submitted an abbreviated Notice Schedule and Telestars submitted both an abbreviated Notice Schedule and an abbreviated Briefing Schedule for Conditional Certification.[1]

The Court hereby orders the following:

---

[1] The parties' abbreviated Notice Schedules have an identical time line. ECF No. 91-1 at PageID #: 892-92, ¶ 1-5; ECF No. 91-2 at PageID #: 897, ¶¶ 4-8.

(4:18CV2203)

1. Seven (7) days from the date of this Order the parties shall jointly file a stipulation for conditional certification.

2. If the parties are unable to reach a stipulation for conditional certification, within fourteen (14) days of this Order, Defendant Telestars shall file its opposition to Plaintiffs' motion for conditional certification, ECF No. 42.  Any reply shall be submitted within seven (7) days of the opposition.

3. Should conditional certification be granted, within ten (10) days of the Order granting conditional certification, Telestars shall submit to Plaintiffs a list, in electronic and importable format, of the names, addresses, e-mail addresses, and phone numbers of all potential opt-in Plaintiffs who worked for Telestars in Pennsylvania at any time since September 26, 2015.

4. Within five (5) business days of receiving the list of putative opt-ins from Telestars, Plaintiffs will mail, via first class mail with SASE envelope the Notice and the Consent to Join the Lawsuit approved by the Court on June 11, 2019 (ECF No. 57).

5. Within five (5) business days of receiving the list of putative opt-ins from Telestars, Plaintiffs will e-mail, using the e-mail language, the Notice and the Consent to Join the lawsuit previously approved by this Court (ECF No. 57 at PageID #: 421).

6. After thirty (30) days from the date of mailing the Notice, Plaintiffs will mail, via postcard by first class mail, the reminder postcard language previously approved by this Court (ECF No. 57 at PageID #: 421).

(4:18CV2203)

    7. Putative class members who worked at Telestars will have sixty (60) days from the date of mailing to return and/or postmark their Consent to Join.

    IT IS SO ORDERED.

| | |
|---|---|
|  October 24, 2019 |    */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |

3